# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HOMELAND INSURANCE COMPANY OF NEW YORK,<br><br>        Plaintiff,<br><br>v.<br><br>BLESSING CORPORATE SERVICES, INC., and JACOB STEVENS AND ASHLEY REARDON, individually and as parents and next friends of MEYAH STEVENS,<br><br>        Defendants. | Case No. 2024-cv-3012 |

## JOINT STIPULATION TO DISMISS

Plaintiff HOMELAND INSURANCE COMPANY OF NEW YORK ("Homeland") and Defendant BLESSING CORPORATE SERVICES, INC. ("Blessing") submit this Joint Stipulation to Dismiss respectfully requesting the Court to enter an order dismissing this cause of action with prejudice and without costs, pursuant to settlement.

Dated: September 3, 2024

Respectfully Submitted,

| | |
|---|---|
| */s/ David T. Brown*<br>David T. Brown, Esq.<br>Sarah Riedl Clark, Esq.<br>KAUFMAN DOLOWICH LLP<br>30 N LaSalle Street, Suite 1700<br>Chicago, IL 60602<br>(312) 759-1400<br>dbrown@kaufmandolowich.com<br>sarah.clark@kaufmandolowich.com<br>*Counsel for Plaintiff Homeland Insurance Co. of New York* | */s/ William K. McVisk*<br>William K. McVisk, Esq.<br>TRESSLER LLP<br>233 S Wacker Dr., 61th Fl<br>Chicago, IL 60606<br>(312) 627-4000<br>wmcvisk@tresslerllp.com<br>*Counsel for Defendant Blessing Corporate Services, Inc.* |